IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JIMMIE JOHNSON,               )
                              )
     Plaintiff,               )
                              )     CIVIL ACTION NO.
     v.                       )       2:19cv519-MHT
                              )            (WO)
KAY IVEY, Governor,           )
et al.,                       )
                              )
     Defendants.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 9) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order and to prosecute this action.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 20th day of November, 2019.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE